Onyinye Anyama Esq. (SBN: 262152)
**Anyama Law Firm | A Professional Law Corporation**
18000 Studebaker Road, Suite 325
Cerritos, Ca 90703
Tel: (562) 645-4500 Fax: (562) 645-4494
info@anyamalaw.com

Attorney for Reorganized Debtor

FILED & ENTERED

MAR 25 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In Re:

WESLEY DEVAUGHN RANDALL

Reorganized Debtor

Case No. 1:17-bk-11175-MB

Chapter 11

ORDER GRANTING DEBTOR'S MOTION FOR ORDER
(1) DISMISSING CHAPTER 11 CASE UNDER BANKRUPTCY CODE§§ 305(a) and 1112(b);
(2) PERMITTING DEBTOR TO FILE A NEW CHAPTER 13 CASE;
(3) GRANTING RELATED RELIEF.

HEARING

Date: March 25, 2026
Time: 1:3.0 PM
CrtRm: 303
Place: 21041 Burbank Blvd.
        Woodland Hills, CA 91367

On March 4, 2026 the Debtor, Wesley Devaughn Randall ("Debtor"), filed a Motion for order (1) dismissing Chapter 11 case Under Bankruptcy Code§§ 305(a) and 1112(b); (2) permitting debtor to file a new chapter 13 case; (3) granting related relief  [**Docket No. 218**].

The Court having considered the Motion, finding adequate notice of Motion, *no opposition having been filed*, and for good cause appearing,

IT IS HEREBY ORDERED:

1.  Debtor's Motion is GRANTED.

**2.**  The Case is Dismissed *as of March 25, 2026*.

###

Date: March 25, 2026

_____

Martin R Barash
United States Bankruptcy Judge